**Opinion filed August 12, 2021**



In The

# Eleventh Court of Appeals

_____

## No. 11-21-00147-CR

_____

## JASON SOUTHERN A/K/A JASON CRAIG SOUTHERN, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 104th District Court**
**Taylor County, Texas**
**Trial Court Cause No. 21758B**

### M E M O R A N D U M   O P I N I O N

Appellant has filed in this court a motion to dismiss his appeal. Appellant asserts in his motion to dismiss that he no longer wishes to prosecute this appeal. The motion to dismiss is signed by both Appellant and Appellant's counsel in compliance with Rule 42.2 of the Texas Rules of Appellate Procedure.

The motion is granted, and the appeal is dismissed.

August 12, 2021                                               PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.